UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:09-CV-00081-ORL-35 MSS-DAB

SHNADER PIERRE
And SHERLY RAINEY,

    Plaintiffs,

v.

AMERICA'S SERVICING COMPANY,
DOES 1-100 AND TRUSTEES 1-100,

    Defendants.
_____/

DEFENDANT WELLS FARGO BANK D/B/A AMERICA'S SERVICING COMPANY'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

    Defendant Wells Fargo Bank d/b/a America's Servicing Company, pursuant to this Court's Interested Persons Order for Civil Cases (D.E. 9), hereby files its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

    I hereby disclose the following pursuant to this Court's Interested Persons Order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action ─ including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1)     Wells Fargo & Company (Parent)

    See Exhibit A (attached) for direct and indirect subsidiaries of Wells Fargo & Company.

    2)     Wells Fargo Bank, N.A. (defendant)

    3)     America's Servicing Company (defendant)

    4)     Carlton Fields, P.A. (Counsel for Wells Fargo Bank, N.A. d/b/a America's Servicing Company)

14636772.1

    5)    Michael K. Winston, Esquire (counsel for defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company)

    6)    Shnader Pierre (plaintiff)

    7)    Sherly Rainey (plaintiff)

    8)    The Ticktin Law Group, P.A. (counsel for plaintiffs)

    9)    Peter Ticktin, Esquire (counsel for plaintiffs)

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Not applicable.

4.    The name of each victim (individual or corporate), including every person who may be entitled to restitution:

    None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have interested "None" if there is no actual or potential conflict of interest.

    Dated: February 18, 2009

                                                CARLTON FIELDS, P.A.
                                                525 Okeechobee Boulevard
                                                Suite 1200
                                                West Palm Beach, Florida 33401
                                                Telephone:   (561) 659-7070
                                                Facsimile:    (561) 659-7368
                                                Email: mwinston@carltonfields.com


                                                By:    /s/ Michael K. Winston
                                                       Michael K. Winston
                                                       Florida Bar No. 051403

                                     Attorneys for Defendant Wells Fargo Bank,
                                     N.A. d/b/a America's Servicing Company

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of February, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Peter Ticktin, Esquire
Florida Bar No. 887935
The Ticktin Law Group, P.A.
600 West Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Email: pt@legalbrains.com
Via CM/ECF

                                                CARLTON FIELDS, P.A.
                                                525 Okeechobee Boulevard , Suite 1200
                                                West Palm Beach, Florida 33401
                                                Telephone:   (561) 659-7070
                                                Facsimile:    (561) 659-7368
                                                Email: mwinston@carltonfields.com

                                                By:    /s/ Michael K. Winston
                                                     Michael K. Winston
                                                     Florida Bar No. 051403

                                   Attorneys for Defendant Wells Fargo Bank,
                                     N.A. d/b/a America's Servicing Company

14636772.1